BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

NOV 1 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-145-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | VOLUNTARY MANSLAUGHTER<br>Title 18 U.S.C. §§ 1153(a) and 1112<br>(Penalty: Fifteen years imprisonment,<br>$250,000 fine, and three years supervised<br>release) |
| DARRELL LEE WHITEMAN, JR., | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about March 4, 2017, near Lame Deer within Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, DARRELL LEE WHITEMAN, JR., an Indian person, upon a sudden quarrel and

1


heat of passion, caused by adequate provocation, knowingly and unlawfully killed "John Doe," in violation of 18 U.S.C. §§ 1153(a) and 1112.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

2