STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL LEE WHITEMAN, JR.<br><br>Defendant. | Case No. CR-18-145-BLG-SPW<br><br>**NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |

NOTICE IS HEREBY GIVEN that Defendant, Darrell Lee Whiteman, Jr., by and through his Counsel Steven C. Babcock, Assistant Federal Defender, and the Federal Defenders of Montana, mailed a formal discovery request in letter format dated November 28, 2018, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 28th day of November, 2018.

                                                /s/ Steven C. Babcock
                                               STEVEN C. BABCOCK
                                               Assistant Federal Defender
                                                  Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 28, 2018, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| | Hand Delivery |
| 3 | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. BRYAN T. DAKE
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States of America

3. DARRELL LEE WHITEMAN, JR.
       Defendant

    /s/ Steven C. Babcock
    STEVEN C. BABCOCK
    Assistant Federal Defender
        Counsel for Defendant